IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | No. 2:08-cv-02607-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| J. MCGUIRE, et al., | |
| Defendants. | |
| _____/ | |

On May 21, 2009, the Magistrate Judge issued an order stating that service is appropriate for defendants DeForest, Lipton, Audette, Bainbridge, Waterman and Follosco. On June 10, 2009, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of May 21, 2009 is therefore untimely.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 10, 2009 request for
2 reconsideration is denied.

Dated:  June 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE