IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES, | No. 2:08-cv-02607-MCE-KJM-P |
| Plaintiff, | |
| v. | ORDER |
| J. MCGUIRE, et al., | |
| Defendants. | |
| _____/ | |

On June 1, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 19, 2010, designating service for certain defendants. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed May 19, 2010, is affirmed; and

/////

/////

1     2. Plaintiff is granted twenty days to submit the documents identified in the Magistrate
2 Judge's May 19, 2010 order.

3 Dated: July 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE