IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                      No. CIV S-08-2607 MCE KJM P

   vs.

J. MCGUIRE, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

                             /

        On July 13, 2010, plaintiff was ordered to complete and return, within twenty days, the USM-285 forms necessary to effect service on defendants Lipton, Bainbridge and Follosco.  More than twenty days have passed and plaintiff has not submitted the required documents.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2  (9th Cir. 1991).
3  DATED: August 20, 2010.

                                                                                    U.S. MAGISTRATE JUDGE

1
jone2607.fusm