IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                    No.  2:08-cv-2607 MCE CKD P

    vs.

J. McGUIRE, et al.,

      Defendants.           <u>ORDER</u>

                                /

        Plaintiff, a state prisoner, proceeds pro se with a civil rights complaint brought pursuant to 42 U.S.C. § 1983.  Following this court's order of September 21, 2012 in which defendants' motion to dismiss was granted and defendants' motion for summary judgment was denied in part, plaintiff proceeds on a sole remaining claim: that defendant Lipton was deliberately indifferent to his serious medical need on September 13, 2007, in violation of the Eighth Amendment.

        Pursuant to the court's order of November 16, 2011, plaintiff's pretrial statement was due 45 days after resolution of defendants' motion for summary judgment.  (Dkt. No. 69.) Plaintiff's pretrial statement is therefore late.  The parties were advised in the court's order of January 11, 2011 that "failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action."  (Dkt. No. 53.)

1

Accordingly, IT IS HEREBY ORDERED THAT plaintiff shall file a pretrial statement within 30 days of the date of this order or it will be recommended that this case be dismissed with prejudice for failure to prosecute and failure to comply with the court's orders. <u>See</u> Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; defendant's pretrial statement is due within 14 days after service of plaintiff's pretrial statement.

Dated: November 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

jone2607
8